AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **1:25-mj-00760** |
| | ) | |
| | ) | |
| | ) | |
| Thomas Brian NIEHAUS | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 30, 2025___ in the county of ___Hamilton___ in the ___Southern___ District of ___Ohio___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 3631 | Criminal Interference with Right to Fair Housing |
| 18 U.S.C. § 844(h) | Fire in the Commission of a Federal Felony |
| 18 U.S.C.§ 844(i) | Malicious Damage by Fire to Building Used in Interstate Commerce |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Patricia M. Fuller, Special Agent, FBI
*Printed name and title*

Sworn and subscribed to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1.

Date:  09/29/2025

_____
*Judge's signature*

City and state:        Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Patricia M. Fuller, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so for the last seven years. I am currently assigned to the Cincinnati Division where I am presently a member of the Civil Rights/Public Corruption squad.  I have extensive training and experience in investigating civil rights and public corruption matters.  Additionally, I have investigated and been involved in investigations into other alleged violations of Federal law, including alleged terrorism matters, mail and wire fraud, and conspiracy offenses.

2.      I submit this affidavit in support of a criminal complaint.  Based on my training and experience, there is probable cause to believe that THOMAS BRIAN NIEHAUS interfered with the housing rights of multiple persons because of their perceived sexual orientation/gender identity, in violation of 42 U.S.C. § 3631 (Criminal Interference with Right to Fair Housing), among other Federal offenses. In committing this act, there is probable cause to believe that NIEHAUS knowingly used fire or an explosive, in violation of 18 U.S.C. § 844(h) (Fire in the Commission of a Federal Felony). There is also probable cause to believe that NEIHAUS attempted to damage or destroy, by means of fire or explosive, a building or property affecting or used in interstate commerce, in violation of 18 U.S.C.§ 844(i) (Malicious Damage by Fire to Building Used in Interstate Commerce).

3.      I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other law enforcement agents; from my discussions with the victims and witnesses involved in the investigation; and from my review of records and reports related to the investigation. Unless otherwise noted, wherever in this affidavit I assert that

a statement was made, the information was provided by another law-enforcement officer or witness who may have had either direct or indirect knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed.

4.     Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning the investigation. I have only set forth facts to establish probable cause for the charges in the complaint.

**PROBABLE CAUSE**

5.     The United States Attorney's Office and the FBI are investigating a series of putative hate crimes occurring in the Clifton Heights and Northside neighborhoods of Cincinnati, Ohio.  On or about July 30, 2025, at 1339 hours, the Cincinnati Emergency Communications Center received a 911 call for a reported fire at a residence on Ludlow Ave in Cincinnati, Ohio. Cincinnati Fire Department (CFD) investigators responded to the scene and determined there was no active fire, but were informed by the resident that there was surveillance footage from the early morning hours on the same date, of a white male setting fire to a flag attached to the residence. The video showed the male using lighter fluid and a small torch and then fleeing the scene on a Red Bike eBike.

6.     Around the same time, additional reports of similar incidents were being reported in the immediate area. Ultimately, nine other residents living in the same area reported either a Pride flag/sign or Ukrainian flag/sign, had been destroyed by fire in the early morning hours.  That same date, one of the victims also contacted the FBI Cincinnati Field Office to report the incidents as a possible hate crime.

7.    CFD contacted Red Bike and were able to determine through payment records the identity of the individual who had checked out a Red Bike during that time period near those locations. Additional tips from the public after a media release provided the name of THOMAS BRIAN NIEHAUS (NIEHAUS) as a possible suspect. CFD compared surveillance footage to NIEHAUS's driver's license photo which appeared to match. After tracking NIEHAUS's Red Bike activity, CFD with the assistance of Cincinnati Police Department (CPD) stopped NIEHAUS. NIEHAUS agreed to be transported by CPD to CFD's station for questioning.

8.    While in CFD custody, NIEHAUS waived his Miranda rights and confessed to setting the flags/signs on fires.  According to NIEHAUS, he set the fires because while drinking with a "friend," the "friend" allegedly told him about a movement that sexualizes children that is supposedly endorsed by members of the LGBTQ community. NIEHAUS stated that he was drunk and "full of rage," and he "wanted to send them a message" by burning the flags.  NIEHAUS told CFD investigators that he has used a "tiki torch" and tiki torch fuel to set the fires.  NIEHAUS handwrote a statement admitting to setting the fires, claiming that after hearing from his "friend" he felt he "absolutely had do something" and thus he "burned a number of Pride flags."  Based on CFD's investigation, NIEHAUS was charged in Hamilton County with arson and aggravated arson.

9.    FBI agents interviewed the initial complainant, as well as nine other victims. All of the victims advised they were in their residences sleeping in the early morning hours (approximately 0400-0500 hours) of July 30, 2025. Four of the victims provided surveillance footage that captured NIEHAUS setting the fires. In the three videos which contained sound, NIEHAUS is heard yelling and sometimes laughing, while saying homophobic slurs and making comments such as "Fuckin' faggot,"  "Ha ha faggot," "I hope it burns your fuckin' house down,

you faggot," "I'm burning your house down; you like that," and "fuckin' queers, you're dead…Kill em' all."  In several of the videos, NIEHAUS appears to be using an accelerant as well as a blow torch.





10. During the interviews, at least three victims advised that along with their flags being burned, there were char marks or other damage to their porch or residence. One victim commented that if the wind had blown the flag slightly inward, a porch blind would have potentially caused a house fire. Other victims also noted that given the proximity of the flag to their residence that the fires could have easily spread to their homes, imperiling them.[1]

11. During the investigation, agents learned that at least one victim rents their residence from a commercial real estate property management company. Further investigation revealed that the company uses an online payment portal built and operated by Buildium, a company based in Richardson, Texas. Consequently, it appears that at least one residence was used in interstate commerce or used in an activity affecting interstate commerce.

12. Federal grand jury subpoenas further revealed NIEHAUS paid for a subscription to Red Bike, itself an instrumentality of interstate commerce,[2] using a bank account debit card. Additionally, records from Red Bike show that third party payment processor Stripe Inc. was used for the NIEHAUS Red Bike rental transactions. Stripe Inc. advised that it uses Amazon Web Service (AWS) for data transactions. Based on my review of AWS's website, AWS servers appear to be located throughout the United States, thus this conduct necessarily affected interstate commerce.

---

[1] Notably, several of the resident victims were elderly and at least one victim indicated that one of the residents in the home was intellectually disabled.

[2] Red Bike is a public bicycle-sharing, mass transportation system, that serves parts of Cincinnati and Northern Kentucky with 70 bike stations.

5

**CONCLUSION**

13.     Based on the foregoing, I request that the Court issue the proposed criminal complaint. There is probable cause to believe that THOMAS BRIAN NIEHAUS interfered with the victims' housing rights because of their perceived sexual orientation/gender identity, in violation of 42 U.S.C. § 3631 (Criminal Interference with Right to Fair Housing), among other Federal offenses. In committing this offense, there is probable cause to believe that NIEHAUS knowingly used fire or an explosive, in violation of 18 U.S.C. § 844(h) (Fire in the Commission of a Federal Felony). There is also probable cause to believe that NIEHAUS attempted to damage or destroy, by means of fire or explosive, a building or property affecting or used in interstate commerce, in violation of 18 U.S.C. § 844(i) (Malicious Damage by Fire to Building Used in Interstate Commerce).  I, therefore, respectfully request that an arrest warrant be issued for THOMAS BRIAN NIEHAUS.

Respectfully submitted,

Patricia M. Fuller
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1, on September 29 , 2025.

THE HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

6