AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT -7 2025 11: 19 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
CINCINNATI

United States of America
v.

Thomas Brian NIEHAUS

*Defendant*

)
)
)
)
)
)
)

Case No.  1:25-mj-00760

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Thomas Brian NIEHAUS                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Criminal Interference with Right to Fair Housing, in violation of 42 U.S.C. § 3631
Fire in the Commission of a Federal Felony, in violation of 18 U.S.C. § 844(h)
Malicious Damage by Fire to Building Used in Interstate Commerce, in violation of 18 U.S.C. § 844(i)

Date:  09/29/2025

*Stephanie K Bowman*

*Issuing officer's signature*

City and state:    Cincinnati, OH

Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9-29-25 , and the person was arrested on *(date)* 9-30-25 at *(city and state)* Cincinnati, OH . |

Date: 9-30-25

*Arresting officer's signature*

Patrick Fuller
*Printed name and title*